# 25 CV 3635

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA, Sharon Brown, Sean Combs, ~~interested party~~ → their career Musicians who don't have sex for ~~interested party~~

Write the full name of each plaintiff.

_____ CIV _____ ( _ )
(Include case number if one has been assigned)

-against-

~~Combs~~ "Victim" 1 = Cassie Ventura, All False Accusers of Sean diddy combs who Willingly Participated or were sugar babies looking for a sugar Daddy

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2025 APR 29 AM 11:29
SDNY PRO SE OFFICE
RECEIVED

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Right to fair trial, Right to speedy trial, Right to due process, right to face accusers, Right to get evidence etc timely, Right to bail, Right to enough food, Right to innocence until proven guilty.

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Sharon Brown, USA__, Sean Combs, is a citizen of the State of
(Plaintiff's name)

__NYS__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **"Victim" 1 - Cassie Ventura**, is a citizen of the State of
(Defendant's name)

**Unknown**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information  and interested party

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**SHARON BROWN** [struck through]
First Name / Middle Initial / Last Name

**130-10 140 Street Suite 1**
Street Address

**Jamaica      N.Y      11436**
County, City / State / Zip Code

**929 646 0164**
Telephone Number

**Sharonbrown51074@gmail.com**
Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: "Victim" 1 = Cassie Ventura
First Name / Last Name

Sugar baby, prostitute, Professional sex worker
Current Job Title (or other identifying information)

She goes from man to man to get money via sex
Current Work Address (or other address where defendant may be served)

Unknown
County, City      State      Zip Code

Defendant 2: All false Accusers of Sean diddy
First Name / Last Name

Combs who willingly participated or
Current Job Title (or other identifying information)

were sugar babies looking for a sugar daddy
Current Work Address (or other address where defendant may be served)

Unknown
County, City      State      Zip Code

Defendant 3:
First Name      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City      State      Zip Code

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Diddy's various parties etc

Date(s) of occurrence: various

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I read the lawsuits of supposed "Victims" of Sean Combs Aka Diddy etc. Cassie Ventura is not a Victim. there is no proof she is a "Victim" but a participant in her own words. She stayed because she was worried about her career, mind you only day/week/months in she was already participating in what she calls "Freakoffs" Days, weeks, months in she wasn't held against her will or forced but by greed and lust of money, fame, power and sexual explicity.
in practically days diddy didn't want to sleep with her but allowed her to have freak offs where he'd watch her and her fellow sex worker engage in sex. according to Cassie Ventura, Cassie Ventura then says diddy didn't want to pay for her

Page 5

sexcapades but wanted her to pay for her own. this shows he was trying to avoid sex with her himself. She may have been trying to force herself on him to get famous. She stalked Ryan leslie to a club, diddy's former collaborator on Badboys soundtrack, and began dating him. It didnt work out for her career so she left Ryan leslie, who she met at a club when his song was playing in the club, she was dancing on a baguette to be noticed by him. Diddy signed her because of Ryan leslie then Cassie started showing up in clubs where diddy was partying pretending it was accidental. He'd be somewhere and she'd show up. he sent her away the first time. Cassie appears to have stalked diddy and Ryan leslie to become a sugar baby and get sugar daddy's to help her career

**INJURIES:**
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. I'm an Interested party I, diddy, Ryan leslie an many others are harmed Because everyone thinks "singers" "musicians" are sex crazed, looking for sugar daddies to make them famous when they have no talent. Cassie was horrible her first performance making diddy's brand and Musicians look bad. Cassie as a sugar baby got an apartment from diddy, contract under fraud, false pretenses, and without the skill or intent she pretended was pure.

**IV. RELIEF**
State briefly what money damages or other relief you want the court to order.

all money Sean combs AKA Diddy paid Cassie Ventura on every contract, Royalties, video etc. Void contracts, Cassie Ventura deemed by court to have tried to prostitute herself to diddy and Ryan leslie who passed her onto someone else at her behest. She would do anything for fame, "her career" as she stated. her parents deemed to have prostituted Cassie Ventura as well as she did herself. her parents went to her apartment diddy bought her and agreed Because they were

worried about their success." Her parents didn't mind anything happening as long as she was successful. If you look at Cassie Ventura's own words, she was worried about her career. She stated approximately 5 times in lawsuits the parents she stated were worried about her career.

The other accusers in the criminal case have stories that are tall tales and at least have them being negligent and responsible for all that they did willingly. One female spoke about going to the bathroom with diddy at the elks club to talk. Whether it happened or not. She didn't go to the bathroom with diddy to talk upon meeting him for the first time at a party for someone else biggie smalls. She then says after she came out of bathroom from fictitious "rape" she thought his staff might harm her. She is speaking as someone who now knows his staff is implicated. Back then she wouldn't have known if his staff was there or if it was just a rented space and he showed up or there was Elk's Club staff there. She wasn't afraid of his staff while disgustingly going into a bathroom with a stranger diddy - but was upon exiting without context

[margin note: on that paper]

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: April 29, 2025

Plaintiff's Signature: Sharon Brown

First Name: Sharon   Middle Initial: L   Last Name: Brown

Street Address: 130-10 140 Street Suite 1

County, City: Jamaica   State: NY   Zip Code: 11436

Telephone Number: 929-694-0164   Email Address: Sharonbrown51074@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

She never spoke about any contact with diddy's staff positive or negative. So why upon leaving the Bathroom only diddy and she knew they were in there supposedly. for the sake of argument. (not that this story is true or actually occurred) She snuck into the bathroom not fearing Diddy's staff or knowing them, If they were there etc. She all of a sudden, in her "recollection" tainted by lawsuits depictions and stories she's heard. now fears staff who wouldn't know diddy and her were in the Bathroom or that diddy "raped" her supposedly. She added fear of his staff because new lawsuits were stating his staff "helped him" But the time she is speaking about he was newer to the industry and may not have had staff there at all or they didn't know a woman would ever go into a bathroom with diddy. this is obscene what she's revealing about herself. going to someone's house by yourself maybe risky but not negligent per se. but going into a bathroom at a club with someone you don't know Just because they are famous make her look easy like she wanted to do something sexual. her depiction may be completely fictitious and none of it happened. but it's very seedy. many lawsuit "victims" are not victims based on their story

Based on their own "stories" they are at least neglegent in anything that occured or happened to them, and went to Sean Combs parties, many sought them out because of the negative rumors circulating throughout the industry that weren't true. Cassie Ventura had to be aware of all of the press and rumors around diddy. Cassie Ventura stalked diddy to a club where he was partying pretending to bump into him there. He was displeased and sent her home. She was supposed to be his artist only. She tried to party with him at a club she tracked him to. he said no. She pursued him and pretended he pursued her. Just like how she met Ryan Leslie. She knew where famous people partied. She left Ryan Leslie to sign to diddy and prostitute herself for fame. Many people working for diddy were only for cassie's desire

cont'd @

Sean Combs didn't force them into labor, he didn't want to pay for their freak offs. Sean Combs told Cassie Ventura, according to her lawsuit to pay for her own freakoffs in her own words. therefore he wanted her to be responsible for her own sex life, apparently he wasn't interested and wanted her to pay her own sex workers. The sex workers complained he wouldn't pay them. He didn't want to pay for sex. He told Cassie to pay for her own sex life since he only watched sex between her and sex workers. according to Cassie Ventura's lawsuit, calling Cassie Ventura "victim" or "victim1" is highly predjudicial and a mischaracterization of her willingness to sleep with sex workers. 1:24-cv-00543-AS
1:23-cv-10098-DLC

She's upset because Diddy wouldn't furnish money to pay for her sex with sex workers so it would be traced to him and a sex life he wanted no part of.

Cassie must have heard about rumblings of something happening with diddy and JLo another Latina who "uses sex to propel her 'career'". JLo was just busted lipsynching Ashanti Douglas' music and voice and pretending it was her Jennifer Lopez. We may also have to find out if Cassie Ventura presented lipsynching vocals or altered vocals to Sean Combs and others, since music isn't always live and people hand in vocal tracks or others as their own.