**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHARON BROWN
,
                      Plaintiff,

     -against-                               25 **CIVIL** 3635 (LLS)

                                                     **JUDGMENT**

CASSIE VENTURA, Victim I; ALL FALSE
ACCUSERS OF SEAN DIDDY COMBS,

                    Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 20, 2025, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court denies Plaintiff's request for "emergency relief" and directs the Clerk of Court to terminate the motion at ECF 6. Accordingly, the case is closed.

**Dated:** New York, New York

      June 24, 2025

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                             **BY:**

                                                         **Deputy Clerk**